# United States Court of Appeals
### For the Eighth Circuit

_____

No. 21-1226

_____

Hollis J. Larson

*Plaintiff - Appellant*

v.

The Minnesota Department of Human Services; The Minnesota Sex Offender Program; Bryce Bogenholm; Jesse D. Berglund; Benjamin Ranallo; Jeffrey Boucher; Jason Syrett; Nathan John Madsen; Benjamin Alan Zuk; Becky Benson; Jensina Rosen; Kyle Randa; Scott Giannini; Bryan Carman; Anthony Herring; Cathy Canilla; Joseph Marczak; Carlton County; The City of Moose Lake

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota

_____

Submitted: June 23, 2021
Filed: June 28, 2021
[Unpublished]

_____

Before BENTON, WOLLMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Hollis Larson appeals the district court's[1] dismissal of his pro se 42 U.S.C. § 1983 action. Following a careful review of the issues Larson raises on appeal, we conclude that the district court did not err in dismissing the case. See Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review). Accordingly, we affirm. See 8th Cir. R. 47B.

_____

[1]The Honorable Wilhelmina M. Wright, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable David T. Schultz, United States Magistrate Judge for the District of Minnesota.